**ORIGINAL**

AO 91 (Rev. 11/82)  **CRIMINAL COMPLAINT**

LODGED
2013 MAR 29 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA v. MIGUEL ALEXANDER FRANCO LARA | DOCKET NO. ED13-0157M |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18, United States Code, Section 2422(b): Coercion and enticement

| NAME OF MAGISTRATE JUDGE HONORABLE SHERI PYM | UNITED STATES MAGISTRATE JUDGE | LOCATION Riverside, California |
|---|---|---|
| DATE OF OFFENSE March 25-28, 2013 | PLACE OF OFFENSE San Bernardino County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

18 U.S.C. § 2422(b): Coercion and enticement

Beginning on or about March 25, 2013 and continuing to on or about March 28, 2013, in San Bernardino County, within the Central District of California, and elsewhere, defendant MIGUEL ALEXANDER FRANCO LARA, used a facility of interstate commerce, namely, a cellular phone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged with a criminal offense, namely, ~~Lewd Acts on a Child~~ Unlawful Sexual intercourse with a minor, in violation of California Penal Code Section ~~288(a)~~ 261.5.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT **MICHAEL K. BROWN** |
|---|---|
| | OFFICIAL TITLE Special Agent – Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE⁽¹⁾ | DATE March 29, 2013 |
|---|---|

AUSA JCY    REC: Detention

# AFFIDAVIT

I, Michael K. Brown, being duly sworn, hereby depose and state:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI), and have been so employed since September 2004. I am currently assigned to the Violent Crime Squad at the Riverside, California Resident Agency of the Los Angeles, California Field Office. I investigate among other things, the sexual exploitation of children and child pornography, and have conducted numerous investigations involving the possession, receipt, production, and distribution of child pornography. I have consulted with my colleagues who have many years of experience investigating child pornography and child exploitation cases.

## II. PURPOSE OF AFFIDAVIT

2. I make this affidavit in support of a criminal complaint charging MIGUEL ALEXANDER FRANCO LARA ("FRANCO") with violations of Title 18, United States Code, Section 2422(b): Coercion and enticement.

3. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Where conversations are referred to herein, they are related in substance and in part, except where quotation marks are used. Where figures and calculations are set forth herein, they are approximate.

4. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained during this investigation from other sources, including: (a) other law enforcement officers: and (b) my review of digital evidence seized during this investigation, as well as summaries and analyses of such

documents and records that have been prepared by others.

### III.  SUMMARY OF PROBABLE CAUSE

5. As set forth in greater detail below, I believe there is probable cause to believe that FRANCO has committed violations of Title 18, United States Code, Section 2422(b): Coercion and enticement.

6. On or about March 28, 2013, FRANCO traveled from Las Vegas, Nevada to Ontario, California to engage in sexual contact with a 16 year old girl. In addition, between November 2012 and January 2013, FRANCO received numerous text messages containing nude photographs of the 16 year old girl and photographs of the genitalia of the same 16 year old girl.

### IV.  PROBABLE CAUSE

7. From speaking with Officer David Newland of the Ontario Police Department and from reviewing a report provided by him, I learned the following:

    a. At approximately 6:51 a.m., on March 28, 2013, the Ontario Police Department received a report of a rape in progress. The person making the report to the police department reported that the Child Victim ("CV") was his 16 year old niece and had been picked up outside their home by a 46 year old man, possibly named "Alex", driving a blue Ford F150 with a Nevada license plate of 175WZL. The uncle advised that he had followed the vehicle to the Econo Lodge located at 2301 S. Euclid Avenue, Ontario, California.

    b. Officers arrived at the motel and saw a Ford trucking matching the description, given by the CV's uncle, in the parking lot of the motel. Officers made contact with the front desk clerk and learned that a "MIGUEL FRANCO" from Las Vegas, Nevada had rented a room for the day. The room number was 103. Officers went to the room and knocked on the door. A Hispanic male opened the

door of room 103 and was identified as MIGUEL ALEXANDER FRANCO LARA. A female identified as the CV, exited the bathroom of room 103.

    c.    CV told officers she had moved from Las Vegas in January 2013. CV had known FRANCO for approximately three years-- she met him through family and they had attended the same church together. Approximately one year ago, her relationship with FRANCO changed from friendship to an intimate relationship and they began having sex. CV said that she has sent naked pictures of herself to FRANCO during their relationship. CV said she loves FRANCO. CV said shortly after moving to Ontario she called FRANCO, approximately three weeks ago, and he came from Las Vegas to visit her. He drove her to school and gave her an LG Metro PCS cell phone, (702) 517-1651. CV began texting FRANCO frequently on the cell phone he had provided her. CV said she asked Franco to bring her bras, panties, socks, and an iPhone .

    d.    FRANCO picked her up on March 28, 2013 at her house and drove her to the motel, where the police had found her. CV said that FRANCO asked her to go the motel room with him to have sex, but she told him she was not going to have sex with him, and only went to drink the champagne he had purchased her. FRANCO brought her the items she had requested.

    e.    CV also said that FRANCO had previously asked her to send more naked pictures of herself but that she had told him no. CV said they had only been in the room about ten minutes before the police arrived and that they did not have sex in the motel room.

8.    From my own investigation, I learned the following:

    a.    MIGUEL ALEXNADER FRANCO LARA, was advised of his <u>Miranda</u> rights, which he advised that he understood and subsequently waived. During his

interview, FRANCO stated the following:

    i.    FRANCO met CV three years ago and had a father-daughter type of relationship with her. FRANCO began confiding in her and at one point CV sent him a picture of her vagina. FRANCO said CV told him that she had not sent it. FRANCO began confiding in CV about his marital problems after CV had sent him the picture. FRANCO and CV became intimate in their relationship shortly after that. FRANCO said the first time he had sex with CV was approximately one year ago when he was staying at a motel in Las Vegas called Arizona Charlies. FRANCO said CV was 16 at that time and that she is still 16. FRANCO said that CV sent him pictures of herself naked; to include pictures of her vagina, and of her anus, during their relationship. FRANCO also sent pictures of his penis to her. FRANCO said the pictures were sent via text on their cell phones.

    ii.    FRANCO and CV continued their relationship in secret. At some point, CV's parents and FRANCO's wife learned of the relationship and the police were notified. FRANCO and CV continued their relationship, although FRANCO said he is trying to work things out with his wife.

    iii.    CV moved to Ontario, California in January 2013 to live with her uncle. After FRANCO learned that she had moved, he came to Ontario to visit her and brought her a cell phone, LG model, cell phone number 702-517-1651, so they could

        communicate. FRANCO said that was a few weeks ago. FRANCO said CV recently asked him to bring her some bras, panties, socks, and an iPhone. FRANCO purchased the items before driving all night from Las Vegas, Nevada to Ontario, California. FRANCO picked her up at her residence and drove her to the motel. FRANCO said he went to the motel because he was tired and needed to sleep for few minutes before driving her to school.

    iv. Initially, FRANCO said he had purchased the champagne for himself, but later said that he purchased it for CV. FRANCO gave consent to search both of his cell phones.

b. FRANCO was asked if he would give agents permission to search both of his cell phones, 702-818-0496 and 702-326-4870. FRANCO read and signed a consent to search form authorizing agents to search both of his cell phones. FRANCO was then shown several texts that were on his personal cell phone, 702-818-0496, from a cell phone number of 702-517-4384. The texts included pictures of a girl, pictures of the same girl naked, pictures of a vagina, pictures of panties, a picture of blood in a toilet, and a picture of a bloody female hygiene product. The dates of the texts were between November 2012 and January 2013.

    i. FRANCO identified the girl as CV. FRANCO also identified the pictures of the vagina as being of CV's vagina and described how CV told him she had taken the pictures.

    ii. FRANCO also explained that CV had developed a yeast infection and was afraid to tell her parents. CV sent him a picture of the

      yeast infection on her panties asking him to tell her what to do. FRANCO explained the toilet picture, and female hygiene product pictures were sent to him because CV had been late getting her period and sent the pictures to him to show him that she had started. FRANCO said he didn't always use a condom when they had sex but that he would not ejaculate inside her.

iii. FRANCO was shown a text message chain on his other cell phone, 702-326-4870, and phone number, 702-517-1651, the LG phone that FRANCO had purchased CV. FRANCO texted CV that he was using that cell phone because the other one was charging. The text message chain occurred on March 25, 2013. FRANCO texted "I'm sorry about your stomach ml". FRANCO explained that "ml" stood for my love. CV texted back "Is ok ml I might get my period on Friday or Saturday." FRANCO replied "So I'm out of luck." CV texted back "Still if im not." FRANCO replied "Oh ok. I won't ask again I'm sorry but I'm getting tire of begging." CV texted back "I told you before," to which FRANCO replied "Yea I know. Don't worry. I won't bother you with that anymore." CV texted "O.K. Im sorry." FRANCO replied "About what? If you don't wanna have sex with me anymore is nobody's fault." CV texted "Im sorry." Based on the foregoing, it appeared to me that FRANCO wanted to see CV before she possibly started her menstruation cycle on Friday, March 29, 2013. When confronted with this, FRANCO denied it and explained the text chain as a joke between him and CV.

9. During a review of the text messages on FRANCO's cell phone, 702-818-0496, I observed the following texts.

    a. The following texts, which are just a sampling, were received from or sent to telephone number, 702-517-4384, which was identified by FRANCO as the number that CV was using to send him pictures.

        i. Received November 7, 2012, "Omg I love when u make love to me baby".

        ii. Received November 14, 2012, "Estoy mojada d lo k termine," which roughly translates to, "I am wet from I just finished."

        iii. Received November 18, 2012, "Baby what about our dream together" and "Pense k keria pasar com migo toda su vida y tener una bebe com migo," which roughly translates to, "I thought you wanted to be with me your whole life and have a baby with me."

        iv. Received January 9, 2013, " I wanna be with u too ml"

        v. Sent January 9, 2013, " Ok lets dp it pero asta Las cuatro y media sino asta Las tres" and "kieres kedar embarazada Eso creo k seria peor ml. Ya comiste?" which roughly translates to "ok lets do it but at 4:30 instead of at 3," and "do you want to end up pregnant? I believe that would be worse my love. Have you eaten?"

        vi. Received January 9, 2013, "ok ml. Xk seria peor? No ml" which roughly translates to "ok my love. What would be worse? No my love."

        vii. Sent January 13, 2013, "Xk abrian consecuencias" which

      roughly translates to "there would consequences"

 viii. Received January 9, 2013, "Como culaes" which roughly translates to "like what."

 ix. Sent January 9, 2013, "K siempre me meten preso pero ahora por aver enbarasado a una menor serian mas cargos y mas tiempo en la carcel. Amor es seguro k tu mom me BA a meter preso?" which roughly translates to, "That they always put me in jail but now for getting a minor pregnant the charges will be more serious and more time in jail. Love is it sure that your mom is going to send me to jail?"

 x. Sent January 9, 2013, "MI si boy ala carsel no BA aser mas k UN par de anos. O sea k ya bas a tener 18 x eso te pregunto si me bas a esperar", which roughly translates to "My love if I go to jail it is not going to be more than a couple of years. And you will 18 years old. I ask if you will wait for me."

## V. CONCLUSION

10. Based upon my own observations, information provided to me by other law enforcement personnel, my training, experience, and facts set forth in this affidavit, I

believe that there is probable cause to arrest FRANCO for violations of Title 18, United States Code, Section 2422(b): Coercion and enticement.

**MICHAEL K. BROWN**
**Special Agent**
**Federal Bureau of Investigation**

**SUBSCRIBED TO AND SWORN BEFORE ME**
**ON THIS 29th DAY OF MARCH, 2013.**

**HONORABLE SHERI PYM**
**UNITED STATES MAGISTRATE JUDGE**