**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF(S). CASE NUMBER

ED13-0157M

v.

Miguel Alexander Franco LARA

DEFENDANT(S).

**REPORT COMMENCING CRIMINAL ACTION**

2013 MAR 29  PM 3: 55
FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
RIVERSIDE
BY

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __3/28/13__   __3:45__ ☐ AM / ☒ PM

2. Defendant is in lock-up (in this court building)  Yes ☒   No ☐

3. Charges under which defendant has been booked:
   __18 USC 2422 (b) Coercion and enticement__

4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown

6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)

7. Year of Birth: __1968__

8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): _____

10. Date detainer placed on defendant: _____

11. This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

12. Does the defendant have retained counsel ?   ☒ No

   ☐ Yes   Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services? ☐ No   3/29/13

   ☒ If yes, please list Officer's Name: __Monroe__   Time: __11__ ☒ AM / PM

14. Remarks (if any): _____

15. Date: __3/29/13__   16. Name: __Michael Brown__ (Please Print)

17. Agency: __FBI__   18. Signature: _____

19. Office Phone Number: __310-405-5668__