

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | EDcr 13-159M |
| v. | |
| Miguel Alexander Franco-Lara | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for ___4-8-13___ , _____ , at ___10:00___ ☒ a.m. / ☐ p.m. before the Honorable ___David T. Bristow___ , in Courtroom ___3, 3rd floor___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: ___4/1/13___

_____
U.S. District Judge/Magistrate Judge