FILED

2013 APR 30 PM 4:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ED CR13-00034 VAP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 13- |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| MIGUEL ALEXANDER FRANCO LARA, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about March 28, 2013, in San Bernardino County, within the Central District of California, defendant MIGUEL ALEXANDER FRANCO LARA knowingly possessed material, namely, a Samsung model number SGH-T989 cellular phone, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that

had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office

JERRY C. YANG
Assistant United States Attorney
Riverside Branch Office