# EXHIBIT A

Miguel Franco Lara
14123 Jefferson Ave
Hawthorne, CA 90250
(702) 720-7634

June 17, 2013

Department of Probation
Los Angeles, CA

To whom it may concern,

There are not enough words that can express all the sorrow I feel inside of me, all I can say, is that I am so sorry for my irresponsible conduct. I have been conducting myself in a way that clearly was unethical, and irresponsible.

I can now see very clearly I was wrong and I should have never allowed myself to engage in such misconduct. Understanding my actions, I can clearly see all the wrong I have done, and all the pain and suffering my actions have caused, both, directly and indirectly to the child victim and her family. Under no circumstance should they undergo something like this, or similar, as well as my own family.

Poor judgment led me to create a false and very wrong reality. There is no excuse for my actions and I am not trying to make excuses for myself. I know what I have done is wrong, but at the same time I can use this very shameful situation to better myself and learn from it. I know that with my actions I have caused a lot of pain to so many people and especially the victim's family. I would like to say that I am truly sorry and offer them a most sincere apology. To my eleven year old son Kevin, my son Bryan, and Luz my spouse, I want to say I am sorry. In addition, I would like to say that I have learned from this mistake and in the future I will live my life responsibly and with integrity. Once again, to all parties involved, I am so sorry.

Thank You.

Sincerely,

Miguel Franco Lara

# EXHIBIT B

Vilma G. Franco
14123 Jefferson Ave
Hawthorne, CA 90250
(213) 448-6603

June 30, 2013

Honorable Viginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Dear Honorable Judge Virginia A. Phillips:

I am taking this time to express my feelings about my brother Miguel Franco who is living temporarily at my house as a result of the legal situation he now finds himself in. Since we were children we has always been close as a brother and sister, and as an older sister I have always tried to be a good guide to him.

During the years we remained close and have attempted to remain geographically close as well. Miguel has always behaved as a support for me and my family for example taking care of my oldest daughter throughout the years because child care was difficult to access. In addition, Miguel was a support for my daughter, in particular, during those difficult teenage years when she dreamed to go to concerts and other musical activities; which decreased my anxiety as a parent of allowing my daughter to go out. My brother has always treated my daughter as his own.

He has been a good father and  a good husband. Miguel always has helped those who need it, such as the homeless, his neighbors and his family. He is a man with a good, gentle and caring heart. He has helped with offering his time, food, and money through his involvement in his community church.

I am aware and understand Miguel has made a mistake by engaging in misconduct with a minor, but at the same time I know and believe he never wanted to hurt anybody.

I am writing this letter to beg for your consideration about my brother; I know he made a mistake, but people make mistakes and learn from their mistakes. My brother is a good husband, a good father, a good brother, a good son and a good neighbor. If given the opportunity I am confident that he will redeem himself, work towards improving himself and devote his life to ensuring that he is present and available for his family.

I appreciate in advance the time you take to read this letter and the consideration you may have to my brother.

Best regards,

Vilma Franco

# EXHIBIT C

Dear Honorable Judge Phillips,

This letter is in regards to my brother Miguel Franco. My brother and I grew up in El Salvador and ever since I can remember we have been very close. As little kids we were not only brother and sister, but also good friends and playmates. We came to this country at very young age and had kids of our own. Miguel has been an excellent uncle to my two daughters and my two nieces as well. He has played, danced, sang, and has cared for them, but most importantly of all he has been an excellent father to his sons.

Aside from being a good brother, father and uncle, Miguel is a very warm, caring person who has helped not only his family but also his friends and members of his church as well.

My brother has had his ups and downs in life, but the love for his children has made him become a stronger person, one who continues to improve as a person and who tries to improve his financial situation to provide for his family.

I know my brother had made a mistake but I strongly believe that he is sorry for the pain and suffering he has caused to his sons, his wife, his family and all the parties involved. I also believe he has learned from this mistake and if given the opportunity he is going to work even harder to better himself as person, as a husband and as a father. His children love and need him and they also need his support.

Despite his mistake I love my brother very much and, even though I know his actions were not justified, I support him and believe his truly sorry.

Thank you for taking the time to read this letter. I can be reached by phone at (310) 569 3697 or via email martika0820@yahoo.com if further information is needed from me.

sincerely,

Marta Salazar

Marta Salazar

# EXHIBIT D

June 29, 2013.

Honorable Virginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Your Honor Judge Virginia A. Phillips,

I am writing to you on behalf of my dear and only brother, Miguel A. Franco, who is at the moment living with my older sister as a result of the charges against him. It is hard for me to write about my brother and the precious childhood moments we lived just before he had to immigrate to the USA. Miguel had to put up with three older sisters, that instead of pamper him for being the only boy in the family, played jokes and took advantage of his charisma and good heart. He was well known by the other kids for his patience and cheerful spirit. My sisters and I always seized the opportunity to exploit his innocence, kindness, and unselfish character. Our world collapsed the day we knew he would not longer be part of our daily lives. His life was in danger, due to the war in our country, and my parents decided to emigrate him to the United States.

We were reunited with my bother five years later, and it took me a while to recognize this new teenager in front of me. It was hard because his physical appearance had changed, but his heart and spirit had remained the same. I felt guilty when I heard how hard it had been for him to leave the family nucleus, since I had only considered my point of view and my own suffering. At a very young age he had to encounter a barrier in culture, language, and way of living without his dear sisters and parents, and yet he managed to smile. When I was notified that he had made a mistake by engaging in a misconduct with a minor, I was in disbelief and denial. I plead to you on behalf of my brother, since I honestly believe this error is not a true reflection of his person as a brother, father, and a Christian.

My brother Miguel will always be considered as a sweet, loving, and charismatic person despite the mistakes he faces now. We let him know that our love, respect and support will always be with him. I want to also plead to you on behalf of his young boy and the impact that this sad situation will bring to his life. I am confident my brother can and wants to see his little boy grow within a nucleus of a loving family, the family they still are even when facing these difficult times.

I thank you for taking in consideration my sincere words. If further information is necessary I can be reached at 310 429-6856 or mef6068@lausd.net.

Sincerely,

Mayra Franco
14807 Condon Ave. #101
Lawndale, CA 90260

# EXHIBIT E

Elia Lara de Cornejo
4614 W 147th St
Lawndale, CA 90260
(310)-465-9493

June 20, 2013

Honorable Virginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Dear Honorable Judge Virginia A. Phillips,

I write to you with the hope of giving you insight into the person Miguel Franco is.
Miguel is my youngest son and I have fought tooth and nail to raise him as a good
member of our community. Miguel, being the youngest, was always the one to bring the
most joy with his playful and light-hearted ways. As a man, he continues to do the same,
always having the gift of humor and the ability to cheer anyone up. Miguel has turned
into a hard working man and has demonstrated he is a good man through his development
as a person throughout the years. He has always tried his best to excel in all jobs and
provide his family with whatever their needs and desires are.

I understand that Miguel has made a mistake engaging in sexual misconduct with a
minor. While this is inexcusable, I beg that you consider the fact that he is a human being
and has made a mistake that cannot be repaired. However, seeing my son in despair as a
result of this situation and as a result of thinking that his son will grow up without him
demonstrates to me that he understands the magnitude of the mistake he has made. I
know that despite the error of his ways, Miguel continues to be the humorous and light
hearted man he once was a child, and has, in addition, developed into a strong hard
working man.

I beg that you take into consideration all the other aspects of Miguel's life because the
mistake he has made does not show the person he truly is.

As his mother, I greatly thank you in advance for the time you have allowed me and my
family to express ourselves. Please feel free to contact me with further questions.

Sincerely,

Elia Lara de Cornejo

# EXHIBIT F

Luz Maria Lopez
5176 Hayward Ave
Las Vegas, NV 89122
702-720-7694

June 16, 2013

Honorable Virginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Dear Honorable Judge Virginia A. Phillips,

I am writing this letter on behalf of Miguel Franco-Lara. With these humble words, I
would like to describe the kind and loving person, husband, and father Miguel is to our
sons, Kevin who is 11 and Bryan who is 19, and I. He is very special with each and every
one of us and our family in general. Miguel has always fulfilled all of our needs and has
dedicated his life to provide for our kids and our home, putting his needs aside in order to
ensure we have a decent kind of living. All of our needs have always been met, both
material as well as sentimental. Miguel has always cared for us, both in good health and
during times of illness.

As a father he has always cared and loved our sons with all of his heart. He is a
responsible loving father and husband. He is the heart of this family and of this home,
and has always provided us with everything we need, and most important, Miguel has
provided us with a roof over our heads and lots of love. Without him it is virtually
impossible for me to meet all the required monetary assets we need to have all of our
needs met.

I would like to ask you from the bottom of my heart to have me, our sons, and our
families in mind, and consider how much we need him to be part of our lives. He
unknowingly has committed a crime and I am sure that breaking the law was not his
intention. I have forgiven him because everyone is bound to make mistakes in our
lifetime, but these mistakes do not define who we really are and I know this mistake
doesn't define who Miguel really is. He has learned from all of this, and I stand behind
him one hundred percent. It is true that he has hurt others, but it does not compare to the
pain that my sons and I feel from having him away from us here at home, and in our daily
lives. We miss him so much, but the most affected from this is my little son Kevin who is
11 years old. There is not a single night we do not cry before we go to sleep because we
have never been apart from Miguel. My son is having trouble concentrating in school and
at times he will not get up to go to school. Miguel has always been his hero and our sons
and I have always been his priority. Apart from giving us love and moral support, Miguel
has always been the primary provider for this home. Without him we have no medical,
dental, or vision insurance coverage, and my son is currently without any health benefits.
Miguel is not what his mistakes put him out to be. He is a human being who has been

responsible most of his life, and has always worked hard to improve our lives including his own.

I would like to thank you for your time, and I trust in god that your experience and knowledge will allow you to make a fair and intelligent decision. If any further information is needed, I may be contacted at 702-720-7694.

Sincerely,

Luz Maria Lopez

# EXHIBIT G

Blessy Giron, LCSW
14123 Jefferson Ave
Hawthorne, CA 90250
(213) 448-6605

June 16, 2013

Honorable Viginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Dear Honorable Judge Virginia A. Phillips,

I am writing to you in regards to my uncle, Miguel Franco,  who is now residing in my house as
a result of the charges against him. I'd like to start this letter by sharing some information about
him and the role he's played in my 27 years of life. Miguel has not only been my uncle but also a
great friend. He's been someone I can come to when times have been rough and will provide
guidance and an ear to listen, particularly throughout my teenage years. Miguel is also one of the
funniest individuals I know and has always had the ability to cheer up anyone around him. He is
a reliable, hard-working, caring, funny supportive, dedicated and an intelligent individual.
Throughout the years he has exposed me to the world of music and the diversity that can be
found within the music industry, which has become one of our common interests and what we
continue to enjoy together.

I understand my uncle has made a mistake by engaging in misconduct with a minor; however, I
write to you on behalf of him because I strongly believe his character cannot be fairly judged
based solely on the error he has made. My uncle arrived from a different country and faced many
trials and tribulations including, upon arrival, having to adjust to a new culture and country and
work towards learning the country's culture, language and way of living. Nevertheless, he has
continually worked hard to ensure that he continues to improve as a person and to improve his
financial situation. In addition, he has actively been involved in family And church activities.
Miguel is also a devoted father who's primary goal in life is to support and make sure his
children are successful in life. Currently, I work as a Licensed Clinical Social Worker in the
South Los Angeles community and have first-hand knowledge, as well as professional
experience about the struggles children endure when they are unable to grow up with their father,
as well as, the impact that immigrating to this country can have on personal development.

Despite his mistakes, Miguel is a role model for hard work and family and his ability to
continually improve himself has contributed in reminding me of the reasons why I, myself, must

continue to work hard. Regardless of the legal outcomes that come about this situation I fully support my uncle and am willing to do whatever is required of me to continue to support him. I beg your consideration of the significance he has with his children and the positive contribution he has made and will continue to make to his family if able to.

Thank you in advance for your time and consideration. If further information is necessary, I am gladly willing to provide it. I can be reached at (213) 448-6605 or blessygiron@yahoo.com.

Sincerely,

Blessy Giron

# EXHIBIT H

Erika Giron
14123 Jefferson Ave
Hawthorne, CA 90250
310-956-0203

June 16, 2013

Honorable Virginia A. Phillips
George E. Brown United States Courthouse
3470 Twelfth Street
Riverside, CA 92501

Dear Honorable Judge Virginia A. Phillips,

I am writing on behalf of my uncle, Miguel Franco, who has been living in my house for
the past couple of months due to the charges he is being faced with. My uncle has been a
positive figure in my twenty-one years of life. Having heard of the charges against him, I
was shocked and saddened, since I have always looked up to him. Miguel is one of the
happiest and cheerful persons I know; he is also very smart, generous, and caring. I feel
my uncle and I have always shared a special bond because ever since I was little, he
always treated me like one of his kids, and always took care of me and allowed me to
spend time with my cousins in Las Vegas where he used to live. I have always looked up
to my uncle due to the fact that he is a very generous person. He has always looked out
for others and has never been selfish with anyone. He is a very thoughtful person who
only cares for others best interest. My uncle has been a big influence in my life because
he has taught me different things and has always given me good advice. One of the things
I admire most of him is that he is a great cook; he has a good palate and a good eye for
making exquisite plates. Food is one of the common interests we share as well as
watching movies and listening to music.

I understand the charges that my uncle is being faced with, and I also understand the
severity of the situation. I recognize that what he did is extremely wrong, but I disagree
that this incident defines him as a criminal or delinquent. This does not define his
character or his qualities. My uncle has been a hard working man his entire life. He has
worked hard to support his wife and his children and has always provided them with
everything they need. Miguel is also a good father; he has taught his children good values
and respect.

Regardless of my uncles' error, he has been and still is an inspiration and an example to
myself and my family. He is a person who will never stop working hard and will never
stop trying to improve himself. Whatever the outcome is to this painful situation, I will
always support him one hundred percent for the amazing person that he is. His lifetime
achievements cannot be canceled by one act or by one single error. I plead for your
contemplation and kindness to consider that my uncle is a positive figure to his family
and in society, and that he can overcome this mistake with many positive actions if he is
allowed to do so.

Thank you for your time and consideration. If additional information is needed, I am gladly able to provide it. My contact information is 310-956-0203 and my email, egiron0991@gmail.com.

Sincerely,

Erika Giron

# EXHIBIT I

Dear Honorable Judge Phillips,

I am writing this letter in regards to my uncle, Miguel Franco. I would like to start with a little background about myself, I am 25 years old, graduated from college in May 2010 and currently work in the finance department for a biotechnology company. When I was a young girl I knew that my uncle was a person whom I could trust and who genuinely cared for me, and now that I am in my mid-20s he has become a great friend who I can still confide in whenever I need to. Miguel has the unique ability to make anyone laugh with his outgoing personality, but most importantly he is a hard-worker. Throughout the years I have seen how he has continuously strived to become a better father to all of his sons and better their economic situation.

My uncle has committed the mistake of engaging in misconduct with a minor, but I believe he is truly regretful for all the pain that he has caused to everyone involved. Despite his mistake I do not think my uncle is a malicious person and his character cannot be fairly judged from just this error. He has always been involved with family and in recent years church activities. My uncle has overcome a lot of obstacles that have come his way after immigrating from El Salvador in the 1980s, and since his arrival has continued to become a better individual in this country full of opportunities. He is also a very loving and caring father whose main goal is to provide for his children.

I do not know what will be the outcome of his sentencing, but I do know that I fully support my uncle despite the mistakes he has recently made. I hope you take into consideration the positive contributions he has made and how much his children need his support.

Thank you for your time and consideration. If further information is needed from me I can be reached by phone at (310) 780-2621 or via email jenniferxlopez@gmail.com.

Sincerely,

Jennifer Lopez